MINUTE ENTRY
MORGAN, J.
DECEMBER 5, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CENTER FOR RESTORATIVE BREAST SURGERY, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 11-806 |
| BLUE CROSS BLUE SHIELD OF LOUISIANA, et al | SECTION "E" |

### JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, DECEMBER 5, 2016 AT 9:00 A.M.**

COURTROOM DEPUTY:  Cesyle Nelson
COURT REPORTER:    Jodi Simcox

APPEARANCES:       Charles O. Taylor and Meghan E. Ruckman for the plaintiffs
                   Michael C. Drew, Richard J. Tyler, and Joseph C. Davis for the defendants

### JURY TRIAL

Present and ready.

The jury panel was called and sworn at which time the Court conducted the voir dire examination.

Following the voir dire examination prospective jurors 1, 5, 7, 9, 10, 13, 14, and 19 were selected and sworn to truly try case.

Court recessed at 11:40 a.m. and resumed at 12:40 a.m.

Opening statements were made by counsel.

    Witnesses called by plaintiffs and placed under oath:
    Dr. Scott Keith Sullivan;

     Dr. Frank Joseph Dellacroce;
     Caprice Tayor;
     Cheri Saltaformaggio, R.N.

In connection with today's testimony, the following exhibits were offered and introduced into evidence: 16; 18; 24; 26; 31; 32; 36; 19; 40; 41; 46; 47; 50; 51; 58; 59; 64; 68; 70; 74; 75.

Court recessed at 4:20 p.m. until December 6, 2016 at 9:00 a.m.

```
JS-10:
6:30
```