UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CENTER FOR RESTORATIVE BREAST SURGERY, L.L.C., ET AL., | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 11-806 |
| VERSUS | * * | |
| BLUE CROSS BLUE SHIELD OF LOUISIANA, ET AL., | * * * * | SECTION E (MORGAN) |
| Defendants. | * * | MAGISTRATE 5 (NORTH) |

\* \* \* \* \* \* \*

**MOTION FOR JUDGMENT AS A MATTER OF LAW
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(a)**

NOW INTO COURT, through undersigned counsel, come Bellwether Defendants, Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana ("BCBSLA"), Blue Cross and Blue Shield of Alabama ("BCBSAL"), Blue Cross and Blue Shield of Mississippi ("BCBSMS") and Blue Cross and Blue Shield of North Carolina ("BCBSNC"), which move for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) with respect to the negligent misrepresentation bellwether claims, the trial of which began on December 5, 2016. As is discussed in the accompanying memorandum, the Court should enter judgment in Bellwether Defendants' favor on Plaintiffs' negligent misrepresentation claims because the record, evidence, and the testimony offered at trial make clear that, despite over five years of litigation and multiple corrective opportunities afforded by this Court, Plaintiffs do not have a legally sufficient evidentiary basis to support the negligent misrepresentation claims, requiring their dismissal as a matter of law.

WHEREFORE, Bellwether Defendants pray that their motion be granted and the Court entered a judgment dismissing Plaintiffs' negligent misrepresentation claims with prejudice.

1

Respectfully submitted,

*/s/ Tyler J. Rench*
RICHARD J. TYLER (#1155)
COVERT J. GEARY (#14280)
MICHAEL C. DREW (#30884)
TYLER J. RENCH (#34049)
JOSEPH C. DAVIS (#35743)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8336
Facsimile: (504) 589-8336
rtyler@joneswalker.com
cgeary@joneswalker.com
mdrew@joneswalker.com
trench@joneswalker.com
jdavis@joneswalker.com

*Attorneys for Defendants, BCBSLA, BCBSAL, BCBSMS, and BCBSNC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was filed electronically on December 6, 2016. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Tyler J. Rench*

{N3334413.1}