## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CENTER FOR RESTORATIVE BREAST SURGERY, L.L.C., ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO.  11-806** |
| **BLUE CROSS BLUE SHIELD OF LOUISIANA, ET AL.,**  Defendants | **SECTION: "E" (5)** |

## ORDER

**IT IS ORDERED** that the Defendants' judgment as a matter of law[1] is **DENIED AS MOOT**.

New Orleans, Louisiana, this 6th day of December, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 695.