**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| THE CENTER FOR RESTORATIVE | * | CIVIL ACTION NO. 11-806 |
| BREAST SURGERY, L.L.C., ET AL., | * | |
|     Plaintiffs, | * | |
| | * | |
| VERSUS | * | SECTION E (MORGAN) |
| | * | |
| BLUE CROSS BLUE SHIELD OF | * | MAGISTRATE 5 (NORTH) |
| LOUISIANA, ET AL., | * | |
|     Defendants. | * | |
| | * | |

\*      \*      \*      \*      \*      \*      \*

## INTERROGATORIES TO BE ANSWERED BY THE JURY

Your verdict must be unanimous and must be signed by the Jury Foreperson.

**Plaintiff SCSH Against BCBS Alabama with Respect to Patient L.F. (H483)**

1.  Did the Plaintiff ask the Defendant for any information about the allowable amount?

    Yes _____          No _____✓_____

2.  If so, did the Defendant know the allowable amount?

    Yes _____          No __✓_____

3.  Did the Plaintiff ask the Defendant how the allowable amount was determined?

    Yes _____          No ___✓_____

4.  If so, did the Defendant know how the allowable amount was determined?

    Yes _____          No ___✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5. If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

Yes _____        No ___✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

Yes __✓_____        No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

Yes _____        No ___✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient. If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.    Was there a causal connection between the misrepresentation or omission made by the Defendant and the decision to treat patient L.F. (H483)?

Yes _____        No ___✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving the next patient. If you answered "yes" to question 8, then answer question 9.

9.    If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (SCSH)?

Yes _____        No _____

If your answer to question 9 is "yes," then you must answer the following question. If your answer is "no," then skip the following question and proceed to the next section involving the next patient.

10.    What amount of damages, if any, has Plaintiff proven to your satisfaction with a reasonable certainty was caused by the Defendant's statement or omission?

$ _____

Please proceed to the next section involving the next patient.

**Claim of SCSH Against BCBS Louisiana with Respect to Patient A.B. (C143)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

       Yes _____          No _____✓_____

2.    If so, did the Defendant know the allowable amount?

       Yes _____          No _____✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

       Yes _____          No _____✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

       Yes _____          No _____✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5.  If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

       Yes _____          No _____✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

       Yes _____✓_____          No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

       Yes _____          No _____✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient.  If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.    Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient A.B. (¢143)?

       Yes _____          No _____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.    If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (SCSH)?

       Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.    What amount of damages, if any, has Plaintiff proven to your satisfaction with a
reasonable certainty was caused by the Defendant's statement or omission?


      $ _____

Please proceed to the next section involving the next patient.

**Claim of CRBS Against BCBS Louisiana with Respect to Patient A.B. (H137)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

        Yes _____        No _____✓_____

2.    If so, did the Defendant know the allowable amount?

        Yes _____        No _____✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

        Yes _____        No _____✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

        Yes _____        No _____✓_____

If you answered "no" to questions 1 <u>or</u> 2 above, **and** "no" to questions 3 <u>or</u> 4 above, then you must answer "no" to question 5. If you answered "yes" to questions 1 <u>and</u> 2 above **or** "yes" to questions 3 <u>and</u> 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

        Yes _____        No _____✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

        Yes _____✓_____        No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

        Yes _____        No _____✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient. If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.      Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient A.B. (H137)?

Yes _____          No _____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.      If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (CRBS)?

Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.     What amount of damages, if any, has Plaintiff proven to your satisfaction with a
        reasonable certainty was caused by the Defendant's statement or omission?

        $_____

Please proceed to the next section involving the next patient.

**Claim of SCSH Against BCBS Louisiana with Respect to Patient C.B. (C202)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

        Yes _____          No ___✓_____

2.    If so, did the Defendant know the allowable amount?

        Yes _____          No ___✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

        Yes _____          No ___✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

        Yes _____          No ___✓_____

If you answered "no" to questions 1 <u>or</u> 2 above, **and** "no" to questions 3 <u>or</u> 4 above, then you must answer "no" to question 5.  If you answered "yes" to questions 1 <u>and</u> 2 above **or** "yes" to questions 3 <u>and</u> 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

        Yes _____          No ___✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

        Yes ___✓_____          No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

        Yes _____          No ___✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient.  If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.      Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient C.B. (C202)?

Yes _____        No _____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.      If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (SCSH)?

Yes _____        No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.     What amount of damages, if any, has Plaintiff proven to your satisfaction with a
        reasonable certainty was caused by the Defendant's statement or omission?

        $ _____

Please proceed to the next section involving the next patient.

**Claim of CRBS Against BCBS Louisiana with Respect to Patient C.B. (H179)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

Yes _____         No _____

2.    If so, did the Defendant know the allowable amount?

Yes _____         No _____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

Yes _____         No _____

4.    If so, did the Defendant know how the allowable amount was determined?

Yes _____         No _____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5. If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

Yes _____         No _____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

Yes _____         No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

Yes _____         No _____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient. If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.    Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient C.B. (H179)?

Yes _____          No ____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.    If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (CRBS)?

Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.   What amount of damages, if any, has Plaintiff proven to your satisfaction with a
       reasonable certainty was caused by the Defendant's statement or omission?


$ _____

Please proceed to the next section involving the next patient.

**Claim of SCSH Against BCBS Louisiana with Respect to Patient G.H. (C670)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

      Yes _____        No ____✓_____

2.    If so, did the Defendant know the allowable amount?

      Yes _____        No ____✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

      Yes _____        No ____✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

      Yes _____        No ____✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5.  If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

      Yes _____        No ____✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

      Yes ____✓_____        No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

      Yes _____        No ____✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient.  If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.    Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient G.H. (C670)?

          Yes _____                    No ___✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.    If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (SCSH)?

          Yes _____                    No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.    What amount of damages, if any, has Plaintiff proven to your satisfaction with a
         reasonable certainty was caused by the Defendant's statement or omission?



         $ _____

Please proceed to the next section involving the next patient.

**Claim of CRBS Against BCBS Louisiana with Respect to Patient G.H. (H609)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

       Yes _____        No \_\_\_✓_____

2.    If so, did the Defendant know the allowable amount?

       Yes _____        No \_\_\_✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

       Yes _____        No \_\_\_✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

       Yes _____        No \_\_\_✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5.  If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

       Yes _____        No \_\_\_✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

       Yes \_\_\_✓_____        No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

       Yes _____        No \_\_\_✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient.  If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.      Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient G.H. (H609)?

        Yes _____          No ____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.      If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (CRBS)?

        Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.     What amount of damages, if any, has Plaintiff proven to your satisfaction with a
        reasonable certainty was caused by the Defendant's statement or omission?




        $ _____

Please proceed to the next section involving the next patient.

**Claim of SCSH Against BCBS Louisiana with Respect to Patient G.H. (H610).**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

Yes _____          No ___✓_____

2.    If so, did the Defendant know the allowable amount?

Yes _____          No ___✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

Yes _____          No ___✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

Yes _____          No ___✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5. If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

Yes _____          No ___✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

Yes ___✓_____          No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

Yes _____          No ___✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient. If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.      Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient G.H. (H610)?

        Yes _____          No ____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.      If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (SCSH)?

        Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.     What amount of damages, if any, has Plaintiff proven to your satisfaction with a
        reasonable certainty was caused by the Defendant's statement or omission?

        $ _____

Please proceed to the next section involving the next patient.

16

**CRBS Against BCBS Louisiana with Respect to Patient S.S. (C1265)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

      Yes _____      No __✓_____

2.    If so, did the Defendant know the allowable amount?

      Yes _____      No __✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

      Yes _____      No __✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

      Yes _____      No __✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5. If you answered "yes" to questions 1 and 2 above **or** "yes" to questions 3 and 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

      Yes _____      No __✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

      Yes __✓_____      No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

      Yes _____      No __✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient. If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.    Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient S.S. (C/265)?

          Yes _____          No ____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.    If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (CRBS)?

          Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.    What amount of damages, if any, has Plaintiff proven to your satisfaction with a
         reasonable certainty was caused by the Defendant's statement or omission?

          $ _____

Please proceed to the next section involving the next patient.

**Claim of CRBS Against BCBS Mississippi with Respect to Patient G.H. (C679)**

1.  Did the Plaintiff ask the Defendant for any information about the allowable amount?

    Yes _____          No _____✓_____

2.  If so, did the Defendant know the allowable amount?

    Yes _____          No _____✓_____

3.  Did the Plaintiff ask the Defendant how the allowable amount was determined?

    Yes _____          No _____✓_____

4.  If so, did the Defendant know how the allowable amount was determined?

    Yes _____          No _____✓_____

If you answered "no" to questions 1 or 2 above, **and** "no" to questions 3 or 4 above, then you must answer "no" to question 5. If you answered "yes" to questions 1 and 2 above or "yes" to questions 3 and 4 above, then answer question 5.

5.  Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

    Yes _____          No _____✓_____

6.  Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

    Yes _____✓_____          No _____

7.  Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

    Yes _____          No _____✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient. If you answered "yes" to questions 5, 6 or 7, then answer question 8.

19

8.      Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient G.H. (C679)?

        Yes _____          No _____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.      If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (CRBS)?

        Yes _____          No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.     What amount of damages, if any, has Plaintiff proven to your satisfaction with a
        reasonable certainty was caused by the Defendant's statement or omission?

        $ _____

Please proceed to the next section involving the next patient.

**SCSH Against BCBS North Carolina with Respect to Patient M.B. (H80)**

1.    Did the Plaintiff ask the Defendant for any information about the allowable amount?

    Yes _____            No ____ ✓_____

2.    If so, did the Defendant know the allowable amount?

    Yes _____            No ___✓_____

3.    Did the Plaintiff ask the Defendant how the allowable amount was determined?

    Yes _____            No ___✓_____

4.    If so, did the Defendant know how the allowable amount was determined?

    Yes _____            No ___✓_____

If you answered "no" to questions 1 <u>or</u> 2 above, **and** "no" to questions 3 <u>or</u> 4 above, then you must answer "no" to question 5.  If you answered "yes" to questions 1 <u>and</u> 2 above **or** "yes" to questions 3 <u>and</u> 4 above, then answer question 5.

5.    Did the Defendant misrepresent information to the Plaintiff regarding the allowable amount?

    Yes _____            No ___✓_____

6.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding the allowable amount?

    Yes ___✓_____            No _____

7.    Did the Defendant fail to satisfy a duty to voluntarily disclose information to the Plaintiff regarding how the allowable amount was determined?

    Yes _____            No ___✓_____

If you answered "no" to questions 5, 6 **and** 7, then skip questions 8 through 10 and proceed to the section involving the next patient.  If you answered "yes" to questions 5, 6 or 7, then answer question 8.

8.    Was there a causal connection between the misrepresentation or omission made by the

Defendant and the decision to treat patient M.B. (H80)?

        Yes _____        No _____✓_____

If you answered "no" to question 8, please skip question 9 and proceed to the section involving
the next patient.  If you answered "yes" to question 8, then answer question 9.

9.    If so, did the disclosure or lack or disclosure, cause damage to the Plaintiff (SCSH)?

        Yes _____        No _____

If your answer to question 9 is "yes," then you must answer the following question.  If your
answer is "no," then skip the following question and proceed to the next section involving the
next patient.

10.    What amount of damages, if any, has Plaintiff proven to your satisfaction with a
       reasonable certainty was caused by the Defendant's statement or omission?

        $ _____

Your verdict must be unanimous and must be signed by the Jury Foreperson.

_12 / 6 / 16_
Date                                        Jury Foreperson