UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE CENTER FOR RESTORATIVE** | * | |
| **BREAST SURGERY, L.L.C., ET AL.,** | * | |
| | * | **CIVIL ACTION NO. 11-806** |
| **Plaintiffs,** | * | |
| **VERSUS** | * | |
| | * | **SECTION E (MORGAN)** |
| **BLUE CROSS BLUE SHIELD OF** | * | |
| **LOUISIANA, ET AL.,** | * | |
| | * | **MAGISTRATE 5 (NORTH)** |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S RULE 56(d) MOTION TO ALLOW TIME FOR LIMITED DISCOVERY AND TO ALLOW CERTAIN RELEVANT DISCOVERY

NOW INTO COURT, through undersigned counsel, come Plaintiffs, the Center for Restorative Breast Sugery, LLC, and St. Charles Surgical Hospital, LLC, who, pursuant to the Court's December 19, 2016 Order (R. Doc. 705), respectfully request that this Honorable Court continue the hearing on Defendants' Motion for Summary Judgment, and grant a continuance to allow limited discovery, pursuant to Federal Rule of Civil Procedure 56(d). Further discovery is necessary to adequately oppose Defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiffs pray that their motion be granted and this Court continue the hearing on Defendants' Motion for Summary Judgment, and grant a continuance to allow limited discovery, within a reasonable time, pursuant to F.R.C.P. Rule 56(d), so Plaintiffs may adequately oppose summary judgment.

Respectfully submitted,

/s/ Charles O. Taylor
CHARLES O. TAYLOR (#19869)
DAVID R. SHERMAN (#12015)
MEGHAN E. RUCKMAN (#32793)
CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM &
HAYES, LLP
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of February, 2017, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Charles O. Taylor*
────────────────────────────
Charles O. Taylor