UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CENTER FOR RESTORATIVE BREAST
SURGERY, L.L.C., ET AL.

CIVIL ACTION NO. 11-806

VERSUS

SECTION: "E" (MORGAN)

BLUE CROSS BLUE SHIELD OF
LOUISIANA, ET AL.

MAGISTRATE 5 (NORTH)

## AFFIDAVIT OF FRANK DELLACROCE, M.D.

Now comes Frank DellaCroce, M.D., who being first cautioned and sworn deposes and states as follows:

1. I submit this Affidavit in support of *Plaintiff's Rule 56(d) Motion to Allow Time for Limited Discovery*.

2. I am a board-certified Plastic surgeon, dedicated to breast reconstruction for women facing breast cancer.

3. I am a member/manager of the Center for Restorative Breast Surgery, LLC.

4. I am a member/manager of St. Charles Surgical Hospital, LLC.

5. I am a member/manager of Sigma Delta Billing, LLC.

6. The insurance verification phone calls made by employees of Sigma Delta Billing, L.L.C. are irrelevant to the determination of proper medical treatment for our patients.

7. Proper medical treatment is determined by the proven and accepted practices in modern medicines.

8. The insurance verification phone calls made by Sigma Delta Billing, L.L.C., affects how we conduct our business.

9. Blue Cross Blue Shield routinely withholds information regarding the amount of reimbursement we will receive until months after treatment.

10. Without knowing how much we will receive from Blue Cross Blue Shield, it is impossible to properly run our businesses.

11. We rely on fair reimbursement from Blue Cross Blue Shield for our businesses to function.

12. If we were informed of the amount Blue Cross Blue Shield will pay for each patient's treatment, we could properly bill each patient and our business would not suffer economic losses.

13. Blue Cross Blue Shield's failure to convey the amount they will pay causes us damages because we rely on reimbursement for our services so that the hospital and clinic can function.

_____
Frank DellaCroce, M.D.

SWORN TO AND SUBSCRIBED
BEFORE ME, ON THIS 21st day of
JANUARY, 2017.

_____
CHARLES O. TAYLOR (#19869)
NOTARY PUBLIC