UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE CENTER FOR RESTORATIVE** | * | |
| **BREAST SURGERY, L.L.C., ET AL.,** | * | |
| | * | **CIVIL ACTION NO. 11-806** |
| Plaintiffs, | * | |
| **VERSUS** | * | |
| | * | **SECTION E (MORGAN)** |
| **BLUE CROSS BLUE SHIELD OF** | * | |
| **LOUISIANA, ET AL.,** | * | |
| | * | **MAGISTRATE 5 (NORTH)** |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion,

**IT IS HEREBY ORDERED** that the Plaintiffs' F.R.C.P. Rule 56(d) Motion to Allow Time for Limited Discovery and to Allow Certain Relevant Discovery is hereby granted, this _____ day of February, 2017,

_____
**Honorable Susan Morgan**