UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CENTER FOR RESTORATIVE BREAST SURGERY, L.L.C., ET AL., | * * * | |
| | * | CIVIL ACTION NO. 11-806 |
| Plaintiffs, | * | |
| VERSUS | * | |
| | * | SECTION E (MORGAN) |
| BLUE CROSS BLUE SHIELD OF LOUISIANA, ET AL., | * * | |
| | * | MAGISTRATE 5 (NORTH) |
| Defendants. | * | |

**************************************

## NOTICE OF SUBMISSION

Please take notice that the F.R.C.P. Rule 56(d) Motion to Allow Time for Limited Discovery and to Allow Certain Relevant Discovery filed by Plaintiffs, the Center for Restorative Breast Surgery, LLC, and St. Charles Surgical Hospital, LLC, is set for submission before the Honorable Susan Morgan, United States District Judge, February 22, 2017 at 10:00 a.m., in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C322, New Orleans, Louisiana 70130.

Respectfully submitted,

/s/ Charles O. Taylor_____
CHARLES O. TAYLOR (#19869)
DAVID R. SHERMAN (#12015)
MEGHAN E. RUCKMAN (#32793)
CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM &
HAYES, LLP
One Galleria Boulevard, Suite
1100 Metairie, Louisiana 70001
Telephone:   (504) 833-5600
Facsimile:   (504) 833-8080
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I certify that on this 3rd day of February, 2017, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                          /s/ *Charles O. Taylor*
                                       _____
                                            Charles O. Taylor